No. 409. Tennessee Coal, Iron & Railroad Co. et al. *v.* Muscoda Local No. 123 et al. May 29, 1944. The petitions for rehearing are denied. 321 U. S. 590.

No. 592. Allen Calculators, Inc. *v.* National Cash Register Co. et al. May 29, 1944. The Chief Justice took no part in the consideration or decision of this application.

No. 754. Meshberger et al. *v.* Federal Land Bank of Louisville. May 29, 1944. Petitions for rehearing denied.

No. 786. Winston *v.* Courtney, State's Attorney, et al. May 29, 1944. Mr. Justice Rutledge took no part in the consideration or decision of this application.

No. 789. Blue et al. *v.* United States;
No. 790. Clark et al. v. United States; and
No. 791. Pardee et al. *v.* United States. May 29, 1944. Mr. Justice Douglas took no part in the consideration or decision of this application.

No. 831, October Term, 1940. Tegtmeyer *v.* Tegtmeyer et al. June 5, 1944. 313 U. S. 568.

No. 477, October Term, 1942. Tegtmeyer *v.* Tegtmeyer et al. June 5, 1944. 317 U. S. 689.

No. 539. Bernards et al. *v.* Johnson et al. June 5, 1944. 321 U. S. 764.